**Derrell ISHMON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 72925.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 18, 1998.

**George D. GILBERT, Jr., Respondent,**

v.

**DIRECTOR OF REVENUE, Appellant.**

No. 73445.

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 18, 1998.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

### ORDER

PER CURIAM.

Derrell Ishmon (Movant) appeals from the judgment denying his Rule 24.035 motion for post-conviction relief following his guilty pleas to second degree murder, section 565.021, RSMo 1994, and armed criminal action, section 571.015, RSMo 1994. The trial court sentenced him to two concurrent terms of life imprisonment.

We have reviewed the briefs of the parties and the record on appeal and conclude the